# EXHIBIT A

**Attachment 1**

RATIFICATION OF ADMINISTRATIVE LAW JUDGE APPOINTMENTS

I hereby ratify the assignment of C. Richard Miserendino and Christopher B. McNeil to the office of administrative law judge in the Office of the Comptroller of the Currency, under terms and conditions prescribed in Pub. L. 101-73, § 916 (12 U.S.C. § 1818 note) and 12 C.F.R. §§ 19.101 and 109.101, and I today approve their appointment as my own action under the Constitution.

NOV 1 5 2018
Date

Steven T. Mnuchin
Secretary of the Treasury