United States District Court
Southern District of Texas
**ENTERED**
January 17, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAUL ORTEGA AND<br>DAVID ROBERTS,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY,<br><br>     Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-19-1078 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 15) dated December 20, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to all parties.

**SIGNED** in Houston, Texas, this _17th_ day of January, 2020.

———————————————————
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE